**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

PEDRO CARBALLO,                                                  CASE NO.: 2:17-cv-00244-UA-CM

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, PEDRO CARBALLO ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, ENHANCED RECOVERY COMPANY, LLC, have come to an amicable settlement agreement.

Date: **July 5, 2017**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      **BOSS LAW**

                                                      */s/ Christopher W. Boss*
                                                      **Christopher W. Boss, Esq.**
                                                      Fla. Bar No.: 013183
                                                      Service Email: cpservice@protectyourfuture.com
                                                      9887 Fourth Street North, Suite 202
                                                      St. Petersburg, Florida 33702
                                                      Phone: (727) 471-0039
                                                      Fax: (888) 503-2182
                                                      *Counsel for Plaintiff*